UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM R. LOPEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>DR. BROWN, et al.,<br><br>              Defendants. | 1:17-cv-00343-DAD-GSA (PC)<br>Appeal case number 20-15262<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL, WITHOUT PREJUDICE TO RENEWAL OF THE MOTION BEFORE THE NINTH CIRCUIT<br><br>(ECF No. 28.) |

Plaintiff, Adam R. Lopez, is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2020, this case was dismissed, with prejudice, for failure to state a claim and judgment was entered. (ECF Nos. 24, 25.)

On February 5, 2020, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 26.) The Ninth Circuit acknowledged the appeal as case No. 20-15262 by Notice issued on February 20, 2020 (ECF No. 29.) That appeal is still pending.

Together with the notice of appeal, Plaintiff filed a separate motion for appointment of counsel on appeal, which he directed to the Ninth Circuit. (ECF No. 28.)

In light of the fact that Plaintiff is now proceeding on appeal, and Plaintiff's motion for appointment of counsel is directed to the Ninth Circuit, the court finds that Plaintiff's motion for appointment of counsel is best directed to the Ninth Circuit Court of Appeals.

1

Therefore, Plaintiff's motion for appointment of counsel on appeal shall be denied, without prejudice, to renewal of the motion before the Ninth Circuit Court of Appeals.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel on appeal, filed on February 5, 2020, is DENIED, without prejudice to renewal of the motion before the Ninth Circuit Court of Appeals; and

2. The Clerk is directed to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated: **February 24, 2020**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE